49,068-04

Robert LeBlanc
TDCJ 818627
Mark Stiles Unit 18-T64
3060 Fm 3514
Bmt. TX. 77705

Clerk Abel Acosta          12-14-2015
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 16 2015

Abel Acosta, Clerk

RE: 11-07 Writ of Habeas Corpus
Tr. Ct-No B9704400R
WR-49,068-04

Dear Mr. Acosta,

Please inform me on the status of the above 11:07, writ of Habeas Corpus.

Thanks for your help
Sincerly

Robert B. LeBlanc
Sui Juris